# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REV. CALVIN WARREN,

    Plaintiff,

v.

GEORGE BUSH, *et al*.,

    Defendants.

Case No. 2:08-CV-00962-KJD-LRL

**ORDER**

    On July 29, 2008, Magistrate Judge Lawrence R. Leavitt entered an Order and Recommendation (#2) granting Plaintiff's request to proceed *in forma pauperis* and recommending that Plaintiff's complaint be dismissed as delusional and frivolous. Objections to the magistrate judge's order were due no later than August 14, 2008. Though the time for doing so has passed, Plaintiff has failed to file objections. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Order & Recommendation (#2) of the United States Magistrate Judge entered July 29, 2008, should be adopted and affirmed.

    IT IS THEREFORE ORDERED that Order & Recommendation (#2) of the United States Magistrate Judge entered July 29, 2008, is **ADOPTED** and **AFFIRMED**;

1   IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice as**
2 **frivolous**.
3   DATED this 4th day of September 2008.

_____
Kent J. Dawson
United States District Judge

2